UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SUSAN L. McILRAVY & DARRELL CHRISTIAN, | |
| Plaintiffs, | NO. Civ. S-06-02170 WBS KJM-PS |
| v. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, | |
| Defendant. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Plaintiff, | NO. Civ. S-06-02316 DFL-GGH |
| v. | RELATED CASE ORDER |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

----oo0oo----

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 83-123, E.D. Cal. (1997).  Both cases seek damages for personal injuries and/or property damage arising out of the same vehicle accident.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial

1  effort and is also likely to be convenient for the parties.  The
2  parties should be aware that relating the cases under Local Rule
3  83-123 merely has the result that these actions are assigned to
4  the same judge and the same magistrate judge; no consolidation of
5  the actions is effected.

6           IT IS THEREFORE ORDERED that the actions denominated
7  Susan L. McIlravy & Darrell Christian v. United States Department
8  of Agriculture, Civ. S-06-02170 WBS-KJM-PS and State Farm Mutual
9  Automobile Insurance Company, Civ. S-06-02316 DFL-GGH should be,
10 and the same hereby are, deemed related and the case denominated
11 State Farm Mutual Automobile Insurance Company v. United States
12 of America, Civ. S-06-02316 DFL-GGH shall be reassigned to the
13 Honorable WILLIAM B. SHUBB and Magistrate Judge Kimberly J.
14 Mueller for all further proceedings.  Henceforth the captions on
15 all documents filed in the reassigned case shall be shown as Civ.
16 S-06-02316 WBS KJM , and any dates currently set in the
17 reassigned case only are hereby VACATED.

18           IT IS FURTHER ORDERED that the Clerk of the Court make
19 appropriate adjustments in the assignment of civil cases to
20 compensate for this reassignment.

21           IT IS SO ORDERED.
22 DATED:  December 6, 2006

                                    _____
                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE