```
McGREGOR W. SCOTT
United States Attorney
JOHN F. GISLA, SB #42829
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2740

Attorneys for the United States
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN L. McILRAVY & DARRELL CHRISTIAN,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATED DEPARTMENT OF AGRICULTURE,<br><br>　　　Defendant. | No. 2:06-CV-2170-WBS-KJM-PS<br><br><br><br>STIPULATION FOR DISMISSAL; ORDER OF DISMISSAL |

　　　Pursuant to the terms of a written Settlement Agreement, and pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate that the complaint in this action be dismissed with prejudice, with the parties bearing their own fees and costs.

DATED: _March 26, 2007_　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　By: _/s/John F. Gisla_
　　　　　　　　　　　　　　　　　JOHN F. GISLA
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　Attorneys for the United States

1

```
 1
    DATED: March 20, 2007           /s/Susan L. McIlravy
 2                                  SUSAN L. McILRAVY
                                    Plaintiff, Pro Per
 3

 4
    DATED: March 21, 2007           /s/Darrell Christian
 5                                  DARRELL CHRISTIAN
                                    Plaintiff, Pro Per
 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER OF DISMISSAL

    Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1), this action is dismissed with prejudice.

DATED:  March 28, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that she is an employee in the office of the United States Attorney for the Eastern District of California, and is of such age and discretion to be competent to serve papers.

    That on  March 26, 2007   she served a copy of:

STIPULATION FOR DISMISSAL; DISMISSAL

by placing said copy in postpaid envelopes addressed to the persons at the place and addresses shown below, which are the last known addressees, and deposited said envelopes and in the United States mail in Sacramento, California.

Addressee(s):

Susan L. McIlravy
Darrell R. Christian
P.O. Box 890
Loyalton, CA 96118


 /s/Pamela Beauvais

4